LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN BURGESS,<br><br>                    Plaintiff,<br><br>       v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.<br>and ASTRAZENECA, L.P.,<br><br>                    Defendants. | CASE NO.  C 06 0573 MEJ<br><br>Before the Honorable Maria-Elena James<br><br>~~[PROPOSED]~~ **ORDER VACATING AND~~/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:    May 4, 2006<br>Conference Time:    10:30 a.m.<br>Location:               Courtroom B, 15th Floor<br>                             San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the May 4, 2006 Case Management Conference ("CMC") to _September 7, 2006___ ,

at _10:00 a.m._ .  In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel*

*Products Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint

CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED:  April 28, 2006_____

Hono[rable Maria-Elena Ja]mes,
United [States District] Judge

Judge Maria-Elena James